**STATE v. WHITEHEAD**

[365 N.C. 325 (2011)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AERIC L. WHITEHEAD aka ERIC | ) . | |
| LAMONT WHITEHEAD | ) | |

No. 279PA11

## AMENDED ORDER

The State's Petition for Writ of Supersedeas is allowed. The State's Petition for Writ of Certiorari is allowed as to the following issue: "Did the Superior Court err by modifying the sentence it previously had imposed on defendant pursuant to the Fair Sentencing Act?"

By order of the Court in Conference, this 6th day of October, 2011.

s/Jackson, J.
For the Court